IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


LAWYERS FUNDING GROUP, LLC    :          CIVIL ACTION
                                           :
   v.                            :          No. 14-6369
                                           :
ALAN HARRIS, et al.                :


## ORDER

AND NOW, this 20th day of January, 2016, it is ORDERED Defendants Alan Harris,

Esquire and Harris & Ruble, PA's Motion to Dismiss Plaintiff's Complaint (Document 19) is

GRANTED in part insofar as this Court finds venue in the above-captioned civil action is

improper in the Eastern District of Pennsylvania.   In lieu of dismissal, this case shall be

TRANSFERRED to the United States District Court for the Central District of California, where

a parallel action—*Lawyers Funding Group, LLC v. Harris, et al.*, Civil No. 15-4059 MMM

(C.D. Cal. filed May 29, 2015)—is currently pending.

The Clerk of Court is directed to mark this case CLOSED.


BY THE COURT:


      /s/ Juan R. Sánchez
     Juan R. Sánchez, J.